COZART v. CHAPIN

No. 53 PC.

Case below: 35 N.C. App. 254.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 4 April 1978.

FAUCETTE v. GRIFFIN

No. 40 PC.

Case below: 35 N.C. App. 7.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 April 1978.

HUDSPETH v. BUNZEY

No. 56 PC.

Case below: 35 N.C. App. 231.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 April 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 April 1978.

PITTS v. PIZZA, INC.

No. 48 PC.

Case below: 35 N.C. App. 270.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 4 April 1978.

SEARSEY v. CONSTRUCTION CO.

No. 50 PC.

Case below: 35 N.C. App. 78.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 April 1978.